**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christopher R. Weiss<br>Tammy M. Weiss<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 25-11613 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of CU Members Mortgage, a division of Colonial Savings F.A and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
25 Nov 2025, 13:42:25, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322