| Fill in this information to identify the Fill in this information to identify the case: |
|---|
| Debtor 1    Christopher R. Weiss |
| Debtor 2    Tammy M. Weiss |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number   25-11613 PMM |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: **CU Members Mortgage, a division of Colonial Savings F.A**

Court claim no. (if known): <u>n/a</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>2900</u>

**Date of payment change:**
Must be at least 21 days after date of this notice        <u>01/01/2026</u>

**New total payment:**            $1574.09
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $566.23            New escrow payment: $ 574.59

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%            New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.

*(Court approval may be required before the payment change can take effect.)*

Reason for change:_____

**Current mortgage payment:** $_____     **New mortgage payment:**  $ _____

| Debtor(s) | Christopher R. Weiss, Tammy M. Weiss | Case number (*if known*) 25-11613 PMM |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ *Matthew Fissel*    Date  11/21/2025
Signature
Print: Matthew Fissel
21 Nov 2025, 12:14:49, EST

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701    Market Street, Suite 5000
Number    Street
Philadelphia,    PA    19106
City    State    ZIP Code

Contact phone  (215) 627–1322    Email  bkgroup@kmllawgroup.com



**COLONIAL**
PO Box 2988, Fort Worth TX 76113-2988
800-937-6002
Do Not Mail Payments To This Address

**ANNUAL ESCROW DISCLOSURE**

| | |
|---|---|
| Statement Date | 11/10/2025 |
| New Payment Effective Date | 01/01/2026 |
| New Payment Amount | $1,574.09 |
| Shortage Amount | $-679.07 |

CHRISTOPHER R WEISS
TAMMY M WEISS
288 N VIEW RD
FLEETWOOD PA 19522-9460

Dear Homeowner(s),

Each year, we analyze the escrow account to determine if the correct amount is being collected to pay the property taxes and/or insurance. Changes in the annual payment of the taxes and/or insurance may cause the mortgage payment amount to change. Please review the most recent details of the escrow account.

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for the mortgage loan in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving statements, write to us.

**NEW ESCROW DEPOSIT BREAKDOWN**

| | |
|---|---|
| TAXES | $1,384.81 |
| HAZARD INS | $1,849.25 |
| TAXES | $2,981.95 |
| Total Disbursements | $6,216.01 |
| **Monthly Escrow Deposit** | **$518.00** |

**PROJECTED ESCROW BALANCE SUMMARY**

| | |
|---|---|
| Actual Ending Balance | $2,428.94 |
| Required Starting Balance | $3,108.01 |
| Shortage Amount | $-679.07 |

**PAYMENT INFORMATION**

| | Current Payment | New Payment Effective 01/01/2026 |
|---|---|---|
| Principal & Interest | $999.50 | $999.50 |
| Escrow | $480.27 | $518.00 |
| Shortage | $85.96 | $56.59 |
| **Total Monthly Payment** | **$1,565.73** | **$1,574.09** |

Under federal law, the lowest monthly escrow balance in the next twelve months should not fall below $1,036.00, unless the mortgage contract or state law specifies a lower amount. **The required starting balance is $3,108.01, resulting in an escrow shortage of $-679.07.**

This escrow analysis projects that the escrow account will have a shortage of $679.07. The total shortage amount has been divided by 12 and included in the monthly payment. No action is required.

Should you have any additional questions, representatives are available to assist you Monday through Friday, 8:00 am to 5:00 pm CST by calling (800) 937-6002. You can also visit our FAQ section at www.ServiceHomeLoan.com 24 hours a day 7 days a week.

**Helpful tools that make managing your account even more convenient!**
- Pay your bill
- Review loan details
- Set up a new account

VISIT www.ServiceHomeLoan.com **FOR MORE INFORMATION.**

See reverse side for additional information

---

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.

**COLONIAL**

CHRISTOPHER R WEISS

**ESCROW SHORTAGE COUPON**

| SHORTAGE AMOUNT: | $-679.07 |
|---|---|

**COLONIAL SAVINGS F.A.**
PO BOX 650895
DALLAS TX 75265-0895

The escrow shortage has been spread over 12 months, resulting in an additional increase in the monthly payment.

IF YOU CHOOSE to pay the shortage in full, please mail this coupon with the remittance of the shortage amount to Colonial Savings at the address shown to the left.

## Escrow Account Projections

| Month | Anticipated Payments | | Description | Escrow Balance | |
| | Payments to Escrow | Payments From Escrow | | Projected Balance | Required Balance |
|---|---|---|---|---|---|
|  |  |  | Starting Balance: |  | $3,108.01 |
| Jan 2026 | $518.00 | $0.00 | Payment | $2,946.94 | $3,626.01 |
| Feb 2026 | $518.00 | $0.00 | Payment | $3,464.94 | $4,144.01 |
| Mar 2026 | $518.00 | $0.00 | Payment | $3,982.94 | $4,662.01 |
| Apr 2026 | $518.00 | $1,384.81 | Town Tax | $3,116.13 | $3,795.20 |
| May 2026 | $518.00 | $0.00 | Payment | $3,634.13 | $4,313.20 |
| Jun 2026 | $518.00 | $1,849.25 | Homeowners I | $2,302.88 | $2,981.95 |
| Jul 2026 | $518.00 | $0.00 | Payment | $2,820.88 | $3,499.95 |
| Aug 2026 | $518.00 | $2,981.95 | City/school | $356.93 | $1,036.00 |
| Sep 2026 | $518.00 | $0.00 | Payment | $874.93 | $1,554.00 |
| Oct 2026 | $518.00 | $0.00 | Payment | $1,392.93 | $2,072.00 |
| Nov 2026 | $518.00 | $0.00 | Payment | $1,910.93 | $2,590.00 |
| Dec 2026 | $518.00 | $0.00 | Payment | $2,428.93 | $3,108.00 |

## Escrow Account History

| Month | Payments to Escrow | | Payments From Escrow | | Description | Escrow Balance | |
| | Projected | Actual | Projected | Actual | | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Starting Balance: |  | $1,850.19 |
| Jan 2025 | $480.27 | $1,132.46* | $0.00 | $0.00 | Payment | $3,361.93 | $2,982.65 |
| Feb 2025 | $480.27 | $566.23* | $0.00 | $0.00 | Payment | $3,842.20 | $3,548.88 |
| Mar 2025 | $480.27 | $0.00* | $0.00 | $1,384.81* | Town Tax | $4,322.47 | $2,164.07 |
| Apr 2025 | $480.27 | $1,132.46* | $1,273.09 | $0.00* | Town Tax | $3,529.65 | $3,296.53 |
| Apr 2025 | $0.00 | $0.00 | $0.00 | $1,849.25* | Homeowners I | $3,529.65 | $1,447.28 |
| May 2025 | $480.27 | $0.00* | $0.00 | $0.00 | Payment | $4,009.92 | $1,447.28 |
| Jun 2025 | $480.27 | $566.23* | $1,609.00 | $0.00* | Homeowners I | $2,881.19 | $2,013.51 |
| Jul 2025 | $480.27 | $566.23* | $0.00 | $2,981.95* | City/school | $3,361.46 | $-402.21 |
| Aug 2025 | $480.27 | $566.23* | $2,881.18 | $0.00* | City/school | $960.55 | $164.02 |
| Sep 2025 | $480.27 | $566.23* | $0.00 | $0.00 | Payment | $1,440.82 | $730.25 |
| Oct 2025 | $480.27 | $566.23* | $0.00 | $0.00 | Payment | $1,921.09 | $1,296.48 |
| Nov 2025 | $480.27 | $566.23* | $0.00 | $0.00 | Payment | $2,401.36 | $1,862.71Y |

Last year, we anticipated that payments from the escrow account would be made during this period equaling $5,763.27. Under Federal law, the lowest monthly balance should not have exceeded $960.55, unless the mortgage contract or State law specifies a lower amount. The mortgage contract and State law are silent on this issue.

The actual lowest monthly balance was less than $960.55. These items with an asterisk on your Account History may explain this. If you want further explanation please call our toll-free number, 800-937-6002. A Y indicates estimated amounts that have not actually occurred.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Tammy M. Weiss Christopher R. Weiss<br><br>**Debtor(s)**<br><br>CU Members Mortgage, a division of Colonial Savings F.A<br>**Movant**<br>vs.<br><br>Tammy M. Weiss Christopher R. Weiss<br>**Debtor(s)**<br><br>Scott F. Waterman<br>**Trustee** | **BK NO. 25-11613 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No.** |

### CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 12/9/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Mortgage Payment Change

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 12/9/2025

**/s/ Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Tammy M. Weiss<br>288 North View Road<br>Fleetwood, PA 19522<br><br>Christopher R. Weiss<br>288 North View Road<br>Fleetwood, PA 19522 | Debtors | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| David S. Gellert Esq.<br>3506 Perkiomen Avenue<br>Reading, PA 19606 | Attorney for Debtors | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |



**COLONIAL**
PO Box 2988, Fort Worth TX 76113-2988
800-937-6002
Do Not Mail Payments To This Address

CHRISTOPHER R WEISS
TAMMY M WEISS
288 N VIEW RD
FLEETWOOD PA 19522-9460

## ANNUAL ESCROW DISCLOSURE

| | |
|---|---|
| Statement Date | 11/10/2025 |
| New Payment Effective Date | 01/01/2026 |
| New Payment Amount | $1,574.09 |
| Shortage Amount | $-679.07 |

Dear Homeowner(s),

Each year, we analyze the escrow account to determine if the correct amount is being collected to pay the property taxes and/or insurance. Changes in the annual payment of the taxes and/or insurance may cause the mortgage payment amount to change. Please review the most recent details of the escrow account.

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for the mortgage loan in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving statements, write to us.

### NEW ESCROW DEPOSIT BREAKDOWN

| | |
|---|---|
| TAXES | $1,384.81 |
| HAZARD INS | $1,849.25 |
| TAXES | $2,981.95 |
| Total Disbursements | $6,216.01 |
| **Monthly Escrow Deposit** | **$518.00** |

### PROJECTED ESCROW BALANCE SUMMARY

| | |
|---|---|
| Actual Ending Balance | $2,428.94 |
| Required Starting Balance | $3,108.01 |
| Shortage Amount | $-679.07 |

### PAYMENT INFORMATION

| | Current Payment | New Payment Effective 01/01/2026 |
|---|---|---|
| Principal & Interest | $999.50 | $999.50 |
| Escrow | $480.27 | $518.00 |
| Shortage | $85.96 | $56.59 |
| **Total Monthly Payment** | **$1,565.73** | **$1,574.09** |

Under federal law, the lowest monthly escrow balance in the next twelve months should not fall below $1,036.00, unless the mortgage contract or state law specifies a lower amount. **The required starting balance is $3,108.01, resulting in an escrow shortage of $-679.07.**

This escrow analysis projects that the escrow account will have a shortage of $679.07. The total shortage amount has been divided by 12 and included in the monthly payment. No action is required.

Should you have any additional questions, representatives are available to assist you Monday through Friday, 8:00 am to 5:00 pm CST by calling (800) 937-6002. You can also visit our FAQ section at www.ServiceHomeLoan.com 24 hours a day 7 days a week.

**Helpful tools that make managing your account even more convenient!**
- Pay your bill
- Review loan details
- Set up a new account

**VISIT www.ServiceHomeLoan.com FOR MORE INFORMATION.**

See reverse side for additional information

---

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.



**COLONIAL®**

CHRISTOPHER R WEISS

**COLONIAL SAVINGS F.A.**
PO BOX 650895
DALLAS TX 75265-0895

**ESCROW SHORTAGE COUPON**

SHORTAGE AMOUNT:    $-679.07

The escrow shortage has been spread over 12 months, resulting in an additional increase in the monthly payment.

IF YOU CHOOSE to pay the shortage in full, please mail this coupon with the remittance of the shortage amount to Colonial Savings at the address shown to the left.

## Escrow Account Projections

| | Anticipated Payments | | | Escrow Balance | |
|---|---|---|---|---|---|
| Month | Payments to Escrow | Payments From Escrow | Description | Projected Balance | Required Balance |
| | | | Starting Balance: | | $3,108.01 |
| Jan 2026 | $518.00 | $0.00 | Payment | $2,946.94 | $3,626.01 |
| Feb 2026 | $518.00 | $0.00 | Payment | $3,464.94 | $4,144.01 |
| Mar 2026 | $518.00 | $0.00 | Payment | $3,982.94 | $4,662.01 |
| Apr 2026 | $518.00 | $1,384.81 | Town Tax | $3,116.13 | $3,795.20 |
| May 2026 | $518.00 | $0.00 | Payment | $3,634.13 | $4,313.20 |
| Jun 2026 | $518.00 | $1,849.25 | Homeowners I | $2,302.88 | $2,981.95 |
| Jul 2026 | $518.00 | $0.00 | Payment | $2,820.88 | $3,499.95 |
| Aug 2026 | $518.00 | $2,981.95 | City/school | $356.93 | $1,036.00 |
| Sep 2026 | $518.00 | $0.00 | Payment | $874.93 | $1,554.00 |
| Oct 2026 | $518.00 | $0.00 | Payment | $1,392.93 | $2,072.00 |
| Nov 2026 | $518.00 | $0.00 | Payment | $1,910.93 | $2,590.00 |
| Dec 2026 | $518.00 | $0.00 | Payment | $2,428.93 | $3,108.00 |

## Escrow Account History

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Month | Projected | Actual | Projected | Actual | Description | Projected Balance | Actual Balance |
| | | | | | Starting Balance: | | $1,850.19 |
| Jan 2025 | $480.27 | $1,132.46* | $0.00 | $0.00 | Payment | $3,361.93 | $2,982.65 |
| Feb 2025 | $480.27 | $566.23* | $0.00 | $0.00 | Payment | $3,842.20 | $3,548.88 |
| Mar 2025 | $480.27 | $0.00* | $0.00 | $1,384.81* | Town Tax | $4,322.47 | $2,164.07 |
| Apr 2025 | $480.27 | $1,132.46* | $1,273.09 | $0.00* | Town Tax | $3,529.65 | $3,296.53 |
| Apr 2025 | $0.00 | $0.00 | $0.00 | $1,849.25* | Homeowners I | $3,529.65 | $1,447.28 |
| May 2025 | $480.27 | $0.00* | $0.00 | $0.00 | Payment | $4,009.92 | $1,447.28 |
| Jun 2025 | $480.27 | $566.23* | $1,609.00 | $0.00* | Homeowners I | $2,881.19 | $2,013.51 |
| Jul 2025 | $480.27 | $566.23* | $0.00 | $2,981.95* | City/school | $3,361.46 | $-402.21 |
| Aug 2025 | $480.27 | $566.23* | $2,881.18 | $0.00* | City/school | $960.55 | $164.02 |
| Sep 2025 | $480.27 | $566.23* | $0.00 | $0.00 | Payment | $1,440.82 | $730.25 |
| Oct 2025 | $480.27 | $566.23* | $0.00 | $0.00 | Payment | $1,921.09 | $1,296.48 |
| Nov 2025 | $480.27 | $566.23* | $0.00 | $0.00 | Payment | $2,401.36 | $1,862.71Y |

Last year, we anticipated that payments from the escrow account would be made during this period equaling $5,763.27. Under Federal law, the lowest monthly balance should not have exceeded $960.55, unless the mortgage contract or State law specifies a lower amount. The mortgage contract and State law are silent on this issue.

The actual lowest monthly balance was less than $960.55. These items with an asterisk on your Account History may explain this. If you want further explanation please call our toll-free number, 800-937-6002. A Y indicates estimated amounts that have not actually occurred.