IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher R. Weiss and Tammy M. Weiss<br>    Debtors,<br><br>PNC Bank, NA<br>    Movant.<br>v.<br><br>Christopher R. Weiss and Tammy M. Weiss<br>    Debtors/Respondents,<br><br>Scott Waterman, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>25-11613-pmm<br><br>CHAPTER 13 |

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

     Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), PNC Bank, NA, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtors, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

          Respectfully submitted,

Dated:  January 23, 2026        BY: /s/ William E. Miller
        William E. Miller, 308951
        Heather Riloff, 309906
        Leslie J. Rase, 58365
        LOGS Legal Group LLP
        985 Old Eagle School Road, Suite 514
        Wayne, PA 19087
        (610) 278-6800
        logsecf@logs.com

LLG File #: 26-073211

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher R. Weiss and Tammy M. Weiss<br>　　　Debtors, | BANKRUPTCY CASE NUMBER<br>25-11613-pmm |
| PNC Bank, NA<br>　　　Movant.<br>v.<br><br>Christopher R. Weiss and Tammy M. Weiss<br>　　　Debtors/Respondents,<br><br>Scott Waterman, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

　　　I, William E. Miller, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 23rd day of January, 2026:

Christopher R. Weiss
288 North View Road
Fleetwood, PA 19522

Tammy M. Weiss
288 North View Road
Fleetwood, PA 19522

David S. Gellert, Esquire
3506 Perkiomen Avenue
Reading, PA 19606
dsgrdg@ptdprolog.net - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF

Dated: January 23, 2026

BY: /s/ William E. Miller
William E. Miller, 308951
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com