Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Christopher R. Weiss
Tammy M. Weiss
288 North View Road
Fleetwood, PA 19522

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-11613-PMM**

Petition Filed Date: 04/28/2025
341 Hearing Date: 06/03/2025
Confirmation Date: 09/25/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/13/2025 | $1,500.00 | | 08/27/2025 | $1,500.00 | | 09/15/2025 | $1,500.00 | |
| 09/29/2025 | $1,500.00 | | 10/16/2025 | $1,500.00 | | 10/27/2025 | $1,500.00 | |
| 11/14/2025 | $1,500.00 | | 12/02/2025 | $1,500.00 | | 12/15/2025 | $1,500.00 | |
| 12/30/2025 | $1,500.00 | | 01/13/2026 | $1,500.00 | | 01/28/2026 | $1,500.00 | |
| 02/13/2026 | $1,500.00 | | 02/27/2026 | $1,500.00 | | 03/13/2026 | $1,500.00 | |
| 03/27/2026 | $1,500.00 | | 04/13/2026 | $1,500.00 | | 04/27/2026 | $1,500.00 | |
| 05/13/2026 | $1,500.00 | | 05/28/2026 | $1,500.00 | | 06/15/2026 | $1,500.00 | |
| 06/29/2026 | $1,500.00 | | 07/13/2026 | $1,500.00 | | 07/27/2026 | $1,500.00 | |

**Total Receipts for the Period: $36,000.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $46,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $3,512.70 | $3,512.70 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $1,795.27 | $183.69 | $1,611.58 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $4,666.23 | $477.49 | $4,188.74 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $1,469.24 | $150.37 | $1,318.87 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $5,803.25 | $593.86 | $5,209.39 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $4,653.14 | $476.19 | $4,176.95 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 006 | Unsecured Creditors | $5,605.22 | $573.64 | $5,031.58 |
| 7 | USAA FEDERAL SAVINGS BANK<br>»» 007 | Unsecured Creditors | $9,655.05 | $988.03 | $8,667.02 |
| 8 | USAA FEDERAL SAVINGS BANK<br>»» 008 | Unsecured Creditors | $30,142.51 | $3,084.65 | $27,057.86 |
| 9 | USAA FEDERAL SAVINGS BANK<br>»» 009 | Unsecured Creditors | $10,901.36 | $1,115.61 | $9,785.75 |

**Chapter 13 Case No. 25-11613-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 10 | USAA FEDERAL SAVINGS BANK<br>»» 010 | Unsecured Creditors | $6,339.92 | $648.81 | $5,691.11 |
| 11 | USAA FEDERAL SAVINGS BANK<br>»» 011 | Unsecured Creditors | $6,490.20 | $664.18 | $5,826.02 |
| 12 | USAA FEDERAL SAVINGS BANK<br>»» 012 | Unsecured Creditors | $11,259.11 | $1,152.23 | $10,106.88 |
| 13 | USAA FEDERAL SAVINGS BANK<br>»» 013 | Unsecured Creditors | $6,535.48 | $668.81 | $5,866.67 |
| 14 | BANK OF AMERICA NA<br>»» 014 | Unsecured Creditors | $4,634.93 | $474.32 | $4,160.61 |
| 15 | BANK OF AMERICA NA<br>»» 015 | Unsecured Creditors | $13,087.98 | $1,339.35 | $11,748.63 |
| 16 | UNITED STATES TREASURY (IRS)<br>»» 016 | Priority Crediors | $8,060.00 | $8,060.00 | $0.00 |
| 17 | JP MORGAN CHASE BANK NA<br>»» 017 | Unsecured Creditors | $3,833.41 | $392.31 | $3,441.10 |
| 18 | JP MORGAN CHASE BANK NA<br>»» 018 | Unsecured Creditors | $3,374.48 | $345.33 | $3,029.15 |
| 19 | USAA FEDERAL SAVINGS BANK<br>»» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 020 | Unsecured Creditors | $7,327.85 | $749.90 | $6,577.95 |
| 21 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 021 | Unsecured Creditors | $1,353.08 | $138.46 | $1,214.62 |
| 22 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 022 | Unsecured Creditors | $8,506.33 | $870.53 | $7,635.80 |
| 23 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 023 | Unsecured Creditors | $10,440.87 | $1,068.48 | $9,372.39 |
| 24 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 024 | Unsecured Creditors | $680.00 | $69.59 | $610.41 |
| 25 | USAA FEDERAL SAVINGS BANK<br>»» 025 | Unsecured Creditors | $9,190.87 | $9,190.87 | $0.00 |
| 26 | USAA FEDERAL SAVINGS BANK<br>»» 026 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | RESURGENT RECEIVABLES LLC<br>»» 027 | Unsecured Creditors | $5,375.46 | $550.09 | $4,825.37 |
| 28 | LVNV FUNDING LLC<br>»» 028 | Unsecured Creditors | $3,726.40 | $381.34 | $3,345.06 |
| 29 | LVNV FUNDING LLC<br>»» 029 | Unsecured Creditors | $2,150.10 | $220.06 | $1,930.04 |
| 30 | LVNV FUNDING LLC<br>»» 030 | Unsecured Creditors | $12,691.20 | $1,298.75 | $11,392.45 |
| 31 | LVNV FUNDING LLC<br>»» 031 | Unsecured Creditors | $13,213.21 | $1,352.16 | $11,861.05 |
| 32 | LVNV FUNDING LLC<br>»» 032 | Unsecured Creditors | $2,167.85 | $221.85 | $1,946.00 |
| 33 | LVNV FUNDING LLC<br>»» 033 | Unsecured Creditors | $1,108.32 | $99.47 | $1,008.85 |
| 34 | LVNV FUNDING LLC<br>»» 034 | Unsecured Creditors | $3,784.46 | $387.27 | $3,397.19 |
| 35 | LVNV FUNDING LLC<br>»» 035 | Unsecured Creditors | $1,541.77 | $157.78 | $1,383.99 |
| 36 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 036 | Unsecured Creditors | $3,866.65 | $395.72 | $3,470.93 |
| 37 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 037 | Unsecured Creditors | $2,183.62 | $223.48 | $1,960.14 |
| 38 | TD BANK USA NA<br>»» 038 | Unsecured Creditors | $5,849.97 | $598.65 | $5,251.32 |
| 39 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 039 | Unsecured Creditors | $3,512.93 | $359.50 | $3,153.43 |
| 40 | USAA FEDERAL SAVINGS BANK<br>»» 040 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11613-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,500.00 | Current Monthly Payment: | $3,000.00 |
| Paid to Claims: | $43,235.52 | Arrearages: | ($1,500.00) |
| Paid to Trustee: | $3,250.50 | Total Plan Base: | $180,000.00 |
| Funds on Hand: | $13.98 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.